WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
　Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**FRANCIS SCOTT**, 　　　　　　　　　　　　　　　　CV # 04-1671-PK

　Plaintiff,

vs. 　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security**,

　Defendant.

---

Attorney fees in the amount of $4,700.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 3rd day of November, 2005.

　　　　　　　　　　　　　　　　　　　Paul Papak
　　　　　　　　　　　　　　　　　　　United States ~~District~~ Judge
　　　　　　　　　　　　　　　　　　　　　MAGISTRATE

Submitted on November 1, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
　Attorney for Plaintiff

ORDER - Page 1